MHN

CAT III

# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

08cv3951
JUDGE BUCKLO
MAG. JUDGE KEYS

## Civil Cover Sheet

**Plaintiff(s):** TORRANCE R. WILLIAMS

**Defendant(s):** JOHN DOE #1, et al.

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**

Torrance R. Williams
B-54169
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021

**Defendant's Attorney:**

FILED
JN
JUL 1 1 2008
7-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prisoner Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes   [ ] No

**Signature:** *(signature)*    **Date:** 7/11/08