7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

TORRANCE R. WILLIAMS
Plaintiff

v.

JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, M. Sheehan, CCDoC
Defendant(s)

08cv3951
JUDGE BUCKLO
MAG. JUDGE KEYS

FILED JUL 1 1 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, TORRANCE R WILLIAMS, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Question 2)
   I.D. # B-54169   Name of prison or jail: DIXON C.C.
   Do you receive any payment from the institution? ☒ Yes ☐ No   Monthly amount: $28.80

2. Are you currently employed?   ☒ Yes   ☐ No
   Monthly salary or wages: $28.80
   Name and address of employer: IDOC

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   ☐ Yes   ☒ No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                                      ☐ Yes   ☒ No
      Amount _____   Received by _____

    b.    ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                          ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances     ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐ Any other sources (state source:_____)     ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☒Yes ☐No Total amount: **210.00 (INMATE TRUST FUND)**
In whose name held: **Torrance Williams** Relationship to you: **self**

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                                            ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-1-08

_Torrance R. Williams_
(Signature of Applicant)

TORRANCE R. WILLIAMS
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Torrence Williams #  B54169 , has the sum of $ 211.18  on account to his/her credit at (name of institution) Dixon Correctional Center. I further certify that the applicant has the following securities to his/her credit: unknown . I further certify that during the past six months the applicant's average monthly deposit was $ see attached (Add all deposits from all sources and then divide by number of months).

7/3/08
DATE

_Nedra Chandler (sig)_
SIGNATURE OF AUTHORIZED OFFICER

Nedra Chandler
(Print name)

rev. 7/18/02

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 7/3/2008 | | | Dixon Correctional Center | | | Page 1 |
| Time: | 3:37pm | | | **Trust Fund** | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 01/03/2008 thru End;  Inmate: B54169;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate:** B54169 Williams, Torrence  **Housing Unit:** DIX-HC-RG-19

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 85.04 |
| 01/09/08 | Point of Sale | 60 Commissary | 009747 | 558489 | Commissary | -14.77 | 70.27 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 28.80 | 99.07 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81821539, DOC: 523 Fund Inmate, Inv. Date: 01/10/2008 | -.41 | 98.66 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81821169, DOC: 523 Fund Inmate, Inv. Date: 01/07/2008 | -.41 | 98.25 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80822198, DOC: 523 Fund Inmate, Inv. Date: 01/16/2008 | -.41 | 97.84 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80822216, DOC: 523 Fund Inmate, Inv. Date: 01/16/2008 | -.41 | 97.43 |
| 01/23/08 | Point of Sale | 60 Commissary | 023727 | 560379 | Commissary | -28.24 | 69.19 |
| 02/07/08 | Point of Sale | 60 Commissary | 038747 | 562017 | Commissary | -34.64 | 34.55 |
| 02/14/08 | Mail Room | 01 MO/Checks (Not Held) | 045215 | 10594 | CIBF-Holiday Winner | 2.00 | 36.55 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045115 | | P/R month of 01/2008 | 28.80 | 65.35 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80822603, DOC: 523 Fund Reimbu, Inv. Date: 01/22/2008 | -.41 | 64.94 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81823176, DOC: 523 Fund Reimbu, Inv. Date: 01/25/2008 | -.41 | 64.53 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81824668, DOC: 523 Fund Reimbu, Inv. Date: 02/08/2008 | -.41 | 64.12 |
| 02/21/08 | Point of Sale | 60 Commissary | 052724 | 563707 | Commissary | -26.34 | 37.78 |
| 02/21/08 | Point of Sale | 60 Commissary | 052724 | 563710 | Commissary | 1.34 | 39.12 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | P/R month of 02/2008 | 28.80 | 67.92 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 841827281, DOC: 523 Fund Inmat, Inv. Date: 03/03/2008 | -.41 | 67.51 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 81827850, DOC: 523 Fund Inmate, Inv. Date: 03/07/2008 | -.41 | 67.10 |
| 03/14/08 | Disbursements | 80 Postage | 074315 | Chk #79045 | 80828406, DOC: 523 Fund Inmate, Inv. Date: 03/12/2008 | -.41 | 66.69 |
| 03/20/08 | Mail Room | 01 MO/Checks (Not Held) | 080228 | 1056140 | County Of Cook/Case 06CV493 | 200.00 | 266.69 |
| 03/21/08 | Point of Sale | 60 Commissary | 081747 | 567116 | Commissary | -33.36 | 233.33 |
| 04/16/08 | Payroll | 20 Payroll Adjustment | 107115 | | P/R month of 03/2008 | 28.80 | 262.13 |
| 04/16/08 | Disbursements | 81 Legal Postage | 107315 | Chk #79584 | 81829005, DOC: 523 Fund Inmate, Inv. Date: 03/19/2008 | -.41 | 261.72 |
| 04/16/08 | Disbursements | 81 Legal Postage | 107315 | Chk #79584 | 81829571, DOC: 523 Fund Inmate, Inv. Date: 03/24/2008 | -.41 | 261.31 |
| 04/16/08 | Disbursements | 81 Legal Postage | 107315 | Chk #79584 | 81829004, DOC: 523 Fund Inmate, Inv. Date: 03/19/2008 | -.41 | 260.90 |
| 04/25/08 | Point of Sale | 60 Commissary | 116727 | 570628 | Commissary | -49.55 | 211.35 |
| 05/09/08 | Point of Sale | 60 Commissary | 130747 | 572088 | Commissary | -27.00 | 184.35 |
| 05/12/08 | Mail Room | 01 MO/Checks (Not Held) | 133228 | 450437 | Trevino, Anita | 20.00 | 204.35 |
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136115 | | P/R month of 04/2008 | 28.80 | 233.15 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80092 | 80835415, DOC: 523 Fund Inmate, Inv. Date: 05/15/2008 | -.59 | 232.56 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137315 | Chk #80092 | 81832683, DOC: 523 Fund Inmate, Inv. Date: 04/24/2008 | -.41 | 232.15 |
| 05/16/08 | Disbursements | 90 Medical Co-Pay | 137315 | Chk #80092 | 90832008, DOC: 523 Fund Inmate, Inv. Date: 04/17/2008 | -2.00 | 230.15 |
| 05/16/08 | AP Correction | 90 Medical Co-Pay | 137515 | Chk #80092 Voided | 90832008 - DOC: 523 Fund Inmat | 2.00 | 232.15 |
| 05/16/08 | AP Correction | 81 Legal Postage | 137515 | Chk #80092 Voided | 81832683 - DOC: 523 Fund Inmat | .41 | 232.56 |
| 05/16/08 | AP Correction | 80 Postage | 137515 | Chk #80092 Voided | 80835415 - DOC: 523 Fund Inmat | .59 | 233.15 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137315 | Chk #80093 | 81832683, DOC: 523 Fund Inmate, Inv. Date: 04/24/2008 | -.41 | 232.74 |

Date: 7/3/2008
Time: 3:37pm
d_list_inmate_trans_statement_composite

Case 1:08-cv-03951 Document 3 Filed 07/11/2008 Page 5 of 5

Dixon Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 01/03/2008 thru End;   Inmate: B54169;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B54169 Williams, Torrence**                                        **Housing Unit: DIX-HC-RG-19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/16/08 | Disbursements | 90 Medical Co-Pay | 137315 | Chk #80093 | 90832008, DOC: 523 Fund Inmate, Inv. Date: 04/17/2008 | -2.00 | 230.74 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80093 | 80835415, DOC: 523 Fund Inmate, Inv. Date: 05/15/2008 | -.59 | 230.15 |
| 05/23/08 | Point of Sale | 60 Commissary | 144726 | 573860 | Commissary | -21.53 | 208.62 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165115 | | P/R month of 05/2008 | 28.80 | 237.42 |
| 06/16/08 | Disbursements | 81 Legal Postage | 168315 | Chk #80572 | 81835866, DOC: 523 Fund Inmate, Inv. Date: 05/20/2008 | -.42 | 237.00 |
| 06/16/08 | Point of Sale | 60 Commissary | 168747 | 575391 | Commissary | -25.40 | 211.60 |
| 06/16/08 | Point of Sale | 60 Commissary | 168747 | 575392 | Commissary | .00 | 211.60 |

|  |  |
|---|---|
| Total Inmate Funds: | 211.60 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .42 |
| Funds Available: | 211.18 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/25/2008 | 80839489 | Disb | Postage 6/25/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
|  |  |  |  | Total Restrictions: | $0.42 |