FILED
JULY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ORIGINAL

MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TORRANCE R. WILLIAMS

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

JOHN DOE #1
JOHN DOE #2
JOHN DOE #3
JOHN DOE #4
JOHN DOE #5
Micheal Sheehan, AND Cook County Dept of Corrections

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case 08cv3951
JUDGE BUCKLO
MAG. JUDGE KEYS

RECEIVED
JUL 11 2008 LCW
7-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.  **Plaintiff(s):**

   A. Name: TORRANCE R. WILLIAMS

   B. List all aliases: TERRY WALLACE

   C. Prisoner identification number: B-54169

   D. Place of present confinement: DIXON C.C.

   E. Address: 2600 N. BRINTON AVE DIXON ILL. 61021

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: JOHN DOE #1
      Title: OFFICER ASSIGNED TO DIV-8 E-1 ON 9-9-06 7AM-3PM SHIFT
      Place of Employment: COOK COUNTY DEPT. OF CORRECTIONS

   B. Defendant: JOHN DOE #2
      Title: SERGEANT ASSIGNED TO DIV-8 E-1 ON 9-9-06 7AM-3PM SHIFT
      Place of Employment: COOK COUNTY DEPT. OF CORRECTIONS

   C. Defendant: JOHN DOE #3
      Title: LIEUTENANT ASSIGNED TO DIV-8 E-1 ON 9-9-06 7AM-3PM SHIFT
      Place of Employment: COOK COUNTY DEPT. OF CORRECTIONS

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

DEFENDANTS (CONT'D):

D. DEFENDANT: John Doe #4

   Title: Superintendant of Div-8 on 9-9-06 7am-3pm shift

   Place of Employment: Cook County Dept. of Corrections


E. DEFENDANT: John Doe #5

   Title: Director of Cook County Dept. of Corrections on 9-9-06 7am-3pm shift

   Place of Employment: Cook County Dept. of Corrections


F. DEFENDANT: Michael Sheehan

   Title: Sheriff of Cook County

   Place of Employment: Cook County Dept. of Corrections


G. DEFENDANT: Cook County Dept. of Corrections

   Title: N/A

   Place of Employment: N/A

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 9-9-06 I WAS A DETAINEE AT ~~CC~~ Cook County Dept. of Corrections, Div 8 RTU Tier E-1. On this date at approx. 1:05pm I was involved in an argument over the television with detainee Ron Dixon. As the officer intervened Mr. Dixon stated in front of the officer that he would "Fuck me up" as soon as he could get me alone. The officer responded to this threat by telling us both to return to our bunks and sit down at approx. 1:15. Our assigned officer left the tier, at approx. 1:30pm while our assigned officer (John Doe #1) was absent from his assignment, I was seated on my bunk when I was viciously attacked by Ron Dixon. He struck me on the left side of my face with a wooden walking cane. As I tried to stand and protect myself, I was again viciously struck on the right side of my head from behind with another

4

Revised 9/2007

WALKING CANE (WOODEN ALSO) BY DETAINEE GERALD TOWNSEND. MR. TOWNSEND'S BLOW TO MY HEAD INSTANTLY OPENED UP A LACERATION TO MY HEAD THAT BLED PROFUSELY. I THEN ATTEMPTED TO FLEE THE TIER BUT DUE TO PREVIOUS INJURY I COULD NOT WALK. AS I STUMBLED TRYING TO GET AWAY I WAS BEAT ACROSS THE BACK BY MY ATTACKERS. AT APPROX 1:40 PM OUR ASSIGNED OFFICER (JOHN DOE #1) RETURNED, SAW THE SITUATION, LEFT AGAIN ONLY TO RETURN SECONDS LATER WITH OTHER OFFICERS AS BACK-UP. I WAS HELPED TO THE HEALTH CARE AREA WHERE A NURSE (JACKIE) SAID I NEEDED TO GO TO AN OUTSIDE HOSPITAL BECAUSE OF MY INJURIES. WHILE I WAITED ON AN AMBULANCE, THE LIEUTENANT ON DUTY (JOHN DOE #3) ASKED ME WHAT HAPPENED I TOLD HIM I WAS ASSAULTED WITH WALKING CANES BY MR. DIXON AND MR. TOWNSEND AND THAT I WOULD LIKE TO PRESS CHARGES. I WAS THEN TAKEN TO STROGER HOSPITAL. I WAS TOLD BY DOCTORS AT STROGER THAT I HAD BROKEN BONES ON THE LEFT SIDE OF MY FACE WITH MASSIVE SWELLING. I WAS

Revised 9/2007

Also told that I would need staples to close the acute lacerations to the right side of my head. After getting stapled and recieving pain medication I was returned to Cook County Jail. When I was brought back to the jail I was moved to Tier C-2. During the week of 9-11-06 I filed a grievance with Social Worker "Dean". As of 11-1-06 I had not recieved a response to my grievance. On approx. 11-15-06 I contacted Social Worker Dean after numerous request slips, and was told he would look into it. As of a week later I still had no response to my grievance and I was never interviewed by investigators regarding my assault. I then relayed my concerns regarding these matter to "Lt. Blunt." Before I could get a response from her (Lt. Blunt) I was transferred to I.D.O.C. After leaving C.C.D.O.C. I have written numerous letters to social worker "Dean", his supervisor, and the Director of Cook County Dept. of Corrections (1-7-08). I have yet to get a response to any of my letters.

PAGE 6

The Assigned officer (John Doe #1) showed DELIBERATE INDIFFERENCE AT AN EXTREME LEVEL when he left his Assigned TIER UNMANNED leaving a DISABLED DETAINEE TO BE VICIOUSLY ATTACKED After SAID DETAINEE WAS VERBALLY THREATENED IN FRONT OF this OFFICER (John Doe #1).

The SERGEANT ASSIGNED TO BE RESPONSIBLE for TIER E-1 DIV-8 RTU DURING the 7AM-3PM shift (John Doe #2) is AT FAULT FOR NOT SUPERVISING his officer (John Doe #1), AND PREVENTING him from leaving his Assigned TIER UNMANNED. AND for NOT ~~Discipline~~ TAKING DISCIPLINARY ACTION AGAINST his officer ~~to~~ PREVENT future OCCURENCE.

The LIEUTENANT ON DUTY IN DIV-8 RESPONSIBLE for the SEARGEANT (John Doe #2) AND officer (John Doe #1) on 9-9-06 DURING the 7AM-3PM SHIFT ~~John Doe #1~~ (John Doe #3). The LIEUTENANT ON DUTY (John Doe #3) FAILED TO SUPERVISE his SUBORDINATES AND ~~~~ COMMITTED A BREACH OF DUTY BY NOT ~~~~ DISCIPLINE MY ATTACKERS, AND NOT NOTIFYING INVESTIGATORS OF MY ATTACK WITH WEAPONS, which DENIED ME MY RIGHT TO PRESS CHARGES.

PAGE 7

The Superintendent of Div-8 RTU on 9-9-06 (John Doe #4) is at fault for not regulating or supervising those under his/her command. The Superintendant also did not regulate the use of canes as weapons which aid in the likelyhood of injury.

The Director of CCDOC on 9-9-06 during the 7am-3pm shift (John Doe #5) is at fault for not monitoring Div-8 and it's classification process which house violent and non-violent together which in turn raises the likelyhood of a non-violent offender such as myself to be assaulted and injured.

Cook County Sheriff elect Michael Sheehan and Cook County Dept. of Corrections are at fault because they carry the burden of classification, housing, and detainee security and well being and they failed on my account. The sub-standard practices were widespread and noticeable.

Page. 8

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be awarded #750,000.00 in copensatory damages and #750,000.00 in punitive damages.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  1st  day of  July , 20 08

Torrance R. Williams
(Signature of plaintiff or plaintiffs)

TORRANCE R. WILLIAMS
(Print name)

B-54169
(I.D. Number)

DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVE  DIXON Ill. 61021
(Address)

6

Revised 9/2007