## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3951 | **DATE** | 7/24/08 |
| **CASE TITLE** | Torrance R. Williams (B-54169) v. Doe, et al. | | |

**DOCKET ENTRY TEXT:**

Cook County Department of Corrections is dismissed from this action.

■[**For further details see text below.**]  Docketing to mail notices.

### STATEMENT

　　Plaintiff, Torrance R. Williams, presently an inmate at the Dixon Correctional Center, brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that Defendants, Cook County Jail correctional officers, failed to protect him from harm while he was detained at Cook County Jail. Plaintiff names Cook County Department of Corrections as a Defendant. Cook County Department of Corrections is not a suable entity. *See Castillo v. Cook County Dep't Mail Room*, 990 F.2d 304 (7th Cir. 1993). Accordingly, Cook County Department of Corrections is dismissed from this action.

JJD