08 C 3951

CASE # 08 C 3951                              7-30-08

JUDGE: Elaine Bucklo

Title: Torrance R. Williams (B-54169) v. Doe, et al.

**FILED**
AUG 5 2008 MB
AUG 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,

In response to correspondence dated 7-18-08, I was informed Defendant Michael Sheehan would eventually be dismissed as a defendent, and I must attempt to identify the John Doe's as soon as possible. I have made numerous attempts to identify the John Doe's through Assistant General Counsel Peter Kramer. I was denied this information. I then appealed the denial to a Matthew Burke, and was also denied. I would like the court to allow me to attempt ~~further~~ to identify my John Doe's during the discovery ~~phase~~ phase of this complaint. I have attached the original forms to prove I have made attempts to identify these unknown officers. Please advise me on my next step. Thank-you very much!

 

ORIGINAL

PHONE (312) 603-6444

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

May 28, 2008

Mr. Torrance Williams
#B-54169
2600 N. Brinton Ave.
Dixon, IL 61021

**RE: Freedom of Information Act Appeal**

Dear Mr. Williams,

I affirm Peter Kramer's denial of your FOIA request. Your appeal is therefore denied.

Under the Illinois FOIA, you have the right to judicial review of this decision.

Sincerely,

Matthew J. Burke



# FREEDOM OF INFORMATION APPEAL
## STATE OF ILLINOIS (2)

Date Appeal Received In State Agency

**INSTRUCTIONS:**

Requestor should fill out sections — DESCRIPTION OF RECORDS, and REASONS FOR APPEALING. Send copies 1 and 2 to the Director of the Agency which original request was sent to. Unless notified otherwise the Agency's response will be within 7 working days after receipt of appeal.

**Requestor's Name (Or business name if applicable):** TORRANCE R. WILLIAMS
**Street Address:** 2600 N. BRINTON AVE
**City:** DIXON **State:** IL **Zip:** 61021

**Send Appeal To: (Director and Agency):** MATT BURKE
**Street Address:** 50 W. WASHINGTON RM. 704
**City:** CHICAGO **State:** IL **Zip:** 60602

**DESCRIPTION OF RECORDS THAT APPEAL IS BEING MADE FOR:**

1. NAMES AND BADGE NUMBERS OF THE OFFICER, SERGEANT, AND LIEUTENANT ASSIGNED TO DIVISION 8 RTU TIER E1 ON 9-9-06 DURING 7AM-3PM SHIFT.
2. NAME OF THE DIRECTOR OF CCDOC ON 9-9-06 DURING 7AM-3PM SHIFT.
3. INCIDENT REPORT MADE ON 9-9-06 INVOLVING TORRANCE R. WILLIAMS #20060024419 ON TIER E-1 DIV 8 RTU.
4. COOK COUNTY JAIL STANDARDS PART 701

**REASONS FOR APPEALING**

1. PURSUANT TO 5 ILCS 140 § 7(E) THE NAMES AND BADGE NUMBERS OF PERSONS LISTED IN ITEMS (1 AND 2) ARE NOT EXEMPT. IT WILL NOT CREATE ANY BURDEN ON SECURITY.
2. PURSUANT TO 5 ILCS 140 § 7(E) THE INCIDENT REPORT MADE ON 9-9-06 AND THE COOK COUNTY JAIL STANDARDS PART 701 ARE ALSO NOT EXEMPT. IT WILL NOT CAUSE UNDUE BURDEN ON SECURITY AND THESE RECORDS ARE PUBLIC RECORDS.

**DIRECTOR'S RESPONSE TO APPEAL**

Noted below is the action I have taken on your appeal from the denial of your request for the above captioned records.

[ ] I hereby approve your appeal to the following extent and for the following reasons:

[ ] I affirm the denial of your request made by the Freedom of Information Officer.

Note: You are entitled to judicial review of any denial pursuant to Section II of the Freedom of Information Act.

| Director's Signature | Date of Reply |

The information required by this form is MANDATORY in order to comply with P.A. 83-1013. Failure to so provide may result in this form not being processed. This form is approved by the Forms Management Center.

IL 001-0006 (6/84)

LEGEND FOR REQUESTOR: 1st copy (white) – send to Agency; 2nd copy (canary) – send to Agency; 3rd copy (pink) – Requestor's copy



*ORiginal*

PHONE (312) 603-6444

## SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

May 13, 2008

Mr. Torrance Williams
#B-54169
2600 N. Brinton Ave
Dixon, IL 61021

**RE: Freedom of Information Act Request**

Dear Mr. Williams,

Your FOIA request is denied pursuant to 5 ILCS 140 §7(e).

Pursuant to 5 ILCS 140 §10, you can appeal this ruling to Matt Burke at the above address

Sincerely,

Peter Kramer
Assistant General Counsel
Legal and Labor Affairs

Printed on Recycled Paper

# FREEDOM OF INFORMATION REQUEST
## STATE OF ILLINOIS (1)

**Name of Agency:** Cook County Jail
**City:** Chicago
**Address:** 2600 S. California

**Requestor's Name:** Torrance R. Williams
**Date of Request:** 4-29-08
**Phone Number:**
**Street Address:** 2600 N. Brinton Ave
**Certification Requested:** [ ] YES [X] NO
**City:** Dixon  **State:** Ill  **Zip:** 61021
**Requestor's Signature:** Torrance R. Williams

**DESCRIPTION OF RECORDS REQUESTED:**

1. The names and badge numbers of the officer, sergeant, and lieutenant assigned to Division 8 RTU Tier E-1 on 9-9-06 during 7am-3pm shift.
2. The name of the Director of Cook County Jail on 9-9-06 during 7am-3pm shift.
3. A copy of the incident report filed on 9-9-06 involving Torrance R. Williams #20060084419
4. A copy of Cook County Jail Standards Part 701

[X] REQUESTING COPIES   [ ] TO INSPECT RECORDS

---

**AGENCY RESPONSE (REQUESTOR DOES NOT FILL IN BELOW THIS LINE)**

**APPROVED**
[ ] The documents requested are enclosed.
[ ] The documents will be made available upon payment of copying costs ..... $____
[ ] You may inspect the records at _____ on the date of _____

**DENIED**
[ ] The request creates an undue burden on the public body in accordance with Section 3(f) of the Freedom of Information Act, and we are unable to negotiate a more reasonable request.
[ ] The materials requested are exempt under Section 7 _____ of the Freedom of Information Act for the following reasons:

**INDIVIDUAL(S) THAT DETERMINED REQUEST TO BE DENIED**

**RIGHT TO APPEAL**
If desired, submit the attached APPEAL form (No. 2) along with copies of this original REQUEST and DENIAL and reasons for appeal to:

**DEFERRED**
[ ] Request delayed, for the following reasons (in accordance with 3(d) of the FOIA):

You will be notified by the date of _____ as to action taken on your request.

The information required by this form is MANDATORY in order to comply with P.A. 83-1013. Failure to do so may result in this form not being processed. This form is approved by the Forms Management Center.

**FOIA Officer:**
**Date of Reply:**

IL 001-0605 (8/84)

LEGEND FOR REQUESTOR: 1st copy (white) – send to Agency; 2nd copy (canary) – send to Agency; 3rd copy (pink) – Requestor's copy