# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3951 | **DATE** | 8/13/08 |
| **CASE TITLE** | Torrance R. Williams (B-54169) v. Doe, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's letter to the Court [10] is construed as a motion for discovery and is denied. Discovery materials and information are not obtained by filing motions with the court. Rather, Plaintiff should serve discovery requests on opposing counsel once the Defendant has been served and an attorney has entered an appearance on their behalf. *See* Fed. R. Civ. P. 26. The Court becomes involved in the discovery process only if unresolvable conflicts arise between the parties

■[For further details see text below.]

Docketing to mail notices.

## STATEMENT

    Plaintiff, Torrance R. Williams, presently an inmate at the Dixon Correctional Center, brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that Defendants, Cook County Jail correctional officers, failed to protect him from harm while he was detained at Cook County Jail.

    Plaintiff is attempting to learn the identities of the "John Does" involved in Plaintiff's complaint. Plaintiff filed a letter indicating he has not been able to learn the identities through a recent Freedom of Information Act request and he seeks guidance in attaining the identities of the John Does. Plaintiff's letter is construed as a motion for discovery and is denied. Once Defendant Michael Sheahan is served and his counsel has filed an appearance, Plaintiff should submit discovery requests to Defendant Sheahan's counsel pursuant to Fed. R. Civ. P. 26 seeking the information to identify the John Does.

JJD